PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

Retail

U.S. POSTAGE PAID
PME 2-Day
MILES CITY, MT 59301
AUG 28, 2023
$28.75

RDC 07

R2305H128524-5

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

PS10001000006

EP13F July 2022
OD: 12 1/2 x 9 1/2

**UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®**

EJ 855 695 715 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT) PHONE (734) 735 6531
Alexander R. Glasgow
205 palmer ln.
Bryan, OH 43506

**DELIVERY OPTIONS (Customer Use Only)**
☒ SIGNATURE REQUIRED

TO: (PLEASE PRINT) PHONE (419) 213-5500
United States Norther district of
Ohio court
Sandy Opacich clerk of court
1716 Spielbusch Ave
Toledo, OH
ZIP+4® 43604-

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

◁ PEEL FROM THIS CORNER

**PAYMENT BY ACCOUNT (if applicable)**

**ORIGIN (POSTAL SERVICE USE ONLY)**
☐ 1-Day ☒ 2-Day ☐ Military ☐ DPO
PO ZIP Code: 59301
Scheduled Delivery Date: 8/30/23
Postage: $28.75
Date Accepted: 8/28/23
Scheduled Delivery Time: 3:00 PM open till 5pm
Time Accepted: 5:20 ☐AM ☒PM

Special Handling/Fragile
Weight ☐ Flat Rate
Acceptance Employee Initials: AC
Total Postage & Fees: $28.75

**DELIVERY (POSTAL SERVICE USE ONLY)**

LABEL 11-B, MAY 2021    PSN 7690-02-000-9996

**UNITED STATES POSTAL SERVICE®**