**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

**Alexander R. Glasgow,**                         CASE NO.: 3:23-cv-001702-JRK

            Plaintiff,

                    v.                             JUDGE JAMES R. KNEPP II


**General Electric Company/GE
Renewable Energy,**                               **REPORT OF PARTIES' PLANNING
                                                   MEETING**
        Defendant.


l.      Pursuant to Fed. R. Civ. P. 26(f) and L.R. 16.3(b), a meeting was held on  November 10,
2027

        and was attended by:

        Counsel for Plaintiff(s)  Pro Se Alexander Glasgow _____

        Counsel for Defendant(s)  Kasey L. Bond _____

2.      The parties:

        _____  Have exchanged the pre-discovery disclosures required by Rule 26(a)(l)   and  the

        Court's CMC Notice; or

         X     Will exchange such disclosures by January 8, 2024 ___.

3.      The parties recommend the following track:

        _____ Expedited    X___Standard      _____Complex

        _____ Administrative      _____Mass Tort

4.      This case __X___ is / _____ is not suitable for Alternative Dispute Resolution ("ADR")

        (e.g., mediation, arbitration, summary trial).

5.      The parties_____do / X_____do not consent to the jurisdiction of the United States

Magistrate Judge pursuant to 28 U.S.C. 636(c).

6.      The parties agree that this case      does /    X   does not involve electronic discovery.

**(Counsel are reminded to review the default standard for e-discovery set forth in**

**Appendix K to the Local Rules.)**

7.      Recommended Discovery Plan:

(a)      Describe the subjects on which discovery is to be sought, the nature and

extent of discovery and any potential problems:  discovery will be sought on Plaintiff's

claims and Defendant's defenses.  No problems are expected.  The standard discovery

rules are appropriate.

 (b)      Describe anticipated e-discovery issues (i.e., what ESI is available and where it

resides; ease/difficulty and cost of producing information; schedule and format of

production; preservation of information; agreements about privilege or work-production

protection, etc.):  None

8.      Recommended cut-off for amending the pleadings and/or adding additional parties:

December 1, 2023

9.      Expert reports disclosed by:

(a)      Plaintiff(s):            April 1, 2024

(b)      Defendant(s):          May 1, 2024

10.     Discovery deadlines:

    (a)    Liability:           May 31, 2024

    (b)    Damages:         May 31, 2024

11.     Recommended dispositive motion date:    June 30, 2024

12.     Recommended date for telephone status:    March 15, 2024

13.     Other matters for the attention of the Court:  None

Respectfully Submitted,

| | |
|---|---|
| */s/ Alex Glasgow (per permission)* | */s/ Kasey L. Bond* |
| Alex Glasgow, *Pro Se* | Kasey L. Bond (0078508) |
| AlexGlasgow14@gmail.com | Keating Muething & Klekamp, PLL |
| | One E. Fourth Street, Suite 1400 |
| Plaintiff | Cincinnati, Ohio 45202 |
| | Tel: (513) 579-6400 |
| | kbond@kmklaw.com |
| | |
| | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

This is to certify that on this 10th day of November, 2023, a copy of the foregoing was filed via the Court's electronic filing system and has been served upon Plaintiff via email:

AlexGlasgow14@gmail.com

                                                          */s/ Kasey L. Bond*
                                                           Kasey L. Bond

13074847.1